No. 91–7239. MOUNT v. UNITED STATES. C. A. 1st Cir. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.